UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

STEPHEN SAMPLES and
DENISE SAMPLES,

      Plaintiffs,

v.                                       Civil Action No. 3:12-cv-01199

NATIONAL FINANCIAL GROUP, INC.,
d/b/a THE RESOLUTION GROUP

      Defendant.

---

## ORDER ON PLAINTIFFS' MOTION TO CONTINUE
## THE INITIAL CASE MANAGEMENT CONFERENCE

The Court, after considering Plaintiffs' Motion to Continue the Initial Case Management Conference, finds that the motion has merit and should be granted. The Initial Case Management Conference is hereby continued to January 29, 2013, at 10:00 a.m.

SO ORDERED.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE