# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES and<br>DENISE SAMPLES,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL FINANCIAL GROUP, INC.,<br>d/b/a THE RESOLUTION GROUP,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   NO. 3-12-cv-1199<br>)   JUDGE CAMPBELL<br>)   MAGISTRATE JUDGE KNOWLES<br>)<br>)<br>)<br>) |

## PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE

The court, having considered the parties' Stipulation for Dismissal with Prejudice, GRANTS said stipulation and the suit is hereby dismissed with prejudice and on the merits. Each party shall be responsible for their own costs and fees.

IT IS SO ORDERED.

_____
Todd J. Campbell
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

s/ Paul K. Guibao
_____
Paul K. Guibao
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
e-mail: PGuibao@AttorneysForConsumers.com

Attorney for Plaintiffs

s/ Daniel P. Berexa_____
Daniel P. Berexa (#15158)
Cornelius & Collins, LLP
511 Union Street, Suite 1500
P.O. Box 190695
Nashville, TN 37219-0695
Telephone (615) 244-1440
Facsimile (615) 254-9477
e-mail: dpberexa@cornelius-collins.com

Attorney for Defendant,
National Financial Group, Inc., d/b/a
The Resolution Group

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Proposed Order for Dismissal with Prejudice was filed using the Court's CM/ECF electronic filing system, this 29th day of July, 2013, which will provide notice of the foregoing to all participating parties.

Paul K. Guibao, Esq.
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104

Attorney for Plaintiffs,
Stephen Samples and Denise Samples

s/ Daniel P. Berexa _____
Daniel P. Berexa

2